IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:11cr0004-1 |
| | ) | |
| v. | ) | **Order** |
| | ) | |
| GREGORY THOMAS MILLER, | ) | By: Norman K. Moon |
| Petitioner. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss (Docket No. 157) is **GRANTED**; Miller's motion pursuant to 28 U.S.C. § 2255 (Docket No. 144) is **DISMISSED**; and this action is **STRICKEN** from the active docket of this court.

Further, finding that Miller has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

    **ENTER:**    This __9th__ day of July, 2015.

                                                                /s/ Norman K. Moon
                                                                NORMAN K. MOON
                                                               UNITED STATES DISTRICT JUDGE